IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVERE ANDRE HALL, SR.,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **SEPTA – SOUTHEASTERN PUBLIC** | : | |
| **TRANSPORTATION AUTHORITY et al.,** | : | No. 15-418 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 21st day of November, 2016, upon consideration of Plaintiff's Amended Complaint (Doc. No. 5), Defendants' Motion to Dismiss (Doc No. 11), and Plaintiff's Motion in Opposition (Doc. No. 15), **the Court hereby ORDERS** as follows:

1. Defendants' Motion to Dismiss (Doc No. 11) is **GRANTED**;

2. Plaintiff's Motion in Opposition (Doc. No. 15) is **DEEMED MOOT**;[1]

3. Plaintiff's Amended Complaint (Doc. No. 5) is **DISMISSED WITHOUT PREJUDICE**; and

4. Plaintiff may file a motion for leave to file a second amended complaint on or before December 30, 2016.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] Plaintiff appears to have filed his brief in opposition to Defendants' Motion to Dismiss as a "Motion in Opposition." Because the Court has considered Plaintiff's filing as a brief, Plaintiff's Motion in Opposition (Doc. No. 15) is moot.

1